# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHARLES ASHFORD                                    PLAINTIFF
ADC #133975

v.                      No. 5:18-cv-206-DPM

DOES                                              DEFENDANTS

## ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for leave to proceed *in forma pauperis*, № 1, denied. Ashford's complaint will be dismissed without prejudice. If Ashford wants to proceed with this case, then he must pay the $400 filing and administrative fees and file a motion to reopen by 16 November 2018. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 October 2018