# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES ASHFORD                                               PLAINTIFF
ADC #133975

v.                          No. 5:18-cv-206-DPM

DOES                                                         DEFENDANTS

## JUDGMENT

Ashford's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 October 2018